1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | PHILIP J. KEARNEY (CABN 114978)
Assistant United States Attorney

5

    450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
    Telephone: (415) 436-7200
7     Fax: (415) 436-7234
    Email: philip.kearney@usdoj.gov

8
Attorneys for Plaintiff
9

**FILED**
JUL 2 8 2010
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF PATRICK JOSEPH McCABE (DOB: 9/12/35) | Misc. No. CR 10-90622 MSCMEJ <br><br> REQUEST FOR EXTRADITION <br><br> Date: <br> Time: |

    The United States, on behalf of the Government of Ireland, hereby files its Request for Extradition of PATRICK JOSEPH McCABE, along with the formal papers supporting this Request, as required by Articles 1 and 2 of the Treaty on Extradition Between the United States of America and Ireland, signed on 13 July 1983, as contemplated by Article 3(2) of the Agreement on Extradition Between the United States of America and the European Union, signed 25 June 2003, U.S.-Ir, July 14 2005, S. TREATY DOC. NO. 109-14 (2006). Through these documents, the Government of Ireland hereby requests that PATRICK JOSEPH McCABE

///

///

1  be extradited pursuant to Title 18, United States Code, Section 3184 and the relevant treaty.

2  DATED: July 27, 2010                    Respectfully submitted,

3                                          JOSEPH P. RUSSONIELLO
4                                          United States Attorney

5

6

7                                          _____
                                           PHILIP J. KEARNEY
8                                          Assistant United States Attorney